NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation, | **Hon. Dennis M. Cavanaugh** |
| | **ORDER** |
| Plaintiff, | Civil Action No. 11-cv-03676 (DMC)(JAD) |
| v. | |
| SOUTHPORT, LLC a Missouri Limited Liability Company; and GARY ALLEN, an individual; and IRA DOCKINS, an individual, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court upon Plaintiff Ramada Worldwide Inc.'s, formerly known as Ramada Franchise Systems, Inc., ("Plaintiff" or "Ramada") Motion for Summary Judgment as to the Second, Fourth, Sixth, and Seventh Counts of its Complaint and to Dismiss Defendants Southport, LLC ("Southport"), Gary Allen ("Allen"), and Ira Dockins' ("Dockins") Counterclaim (collectively "Defendants") Counterclaim. (Pl.'s Mot. for Summ. Judg., Nov. 9, 2012, ECF No. 19). Pursuant to FED. R. CIV. P. 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this 27 day of June, 2013;

**ORDERED** that Ramada's Motion for Summary Judgment on the Second, Fourth, Sixth,

and Seventh Counts is **granted**; and it is further,

**ORDERED** that judgment is entered for Ramada for Recurring Fees in the amount of $229,021.89, inclusive of interest; and it is further,

**ORDERED** that judgment is entered for Ramada for liquidated damages, without interest, in the amount of $141,000.00; and it is further,

**ORDERED** that judgment is entered for Ramada for $56,000 in damages for the principal sum of the Note, plus interest in the amount of $19,527.34; and it is further,

**ORDERED** that judgment is entered for Ramada for attorneys' fees in the amount of $5,000 and costs in the amount of $3,395.01.

Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:          Hon. Joseph A. Dickson, U.S.M.J.
             All Counsel of Record
             File